**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

IN RE:
Scott Hicks and
Amanda Hicks

Bankruptcy No. 09-05616
Honorable Judge James D. Gregg
Chapter 7

　　　　Debtors.
_____/

## STIPULATION BETWEEN DEBTORS SCOTT HICKS AND AMANDA HICKS AND CREDITOR EECU TO KEEP CASE OPEN UNTIL NOVEMBER 30, 2009

Debtors Scott Hicks and his wife Amanda Hicks, by and through their attorney William C. Babut, P.C., and Creditor EECU, by and through it's attorneys Butler, Butler & Rowse-Oberle, P.L.L.C., hereby agree to the entry of an Order keeping the Debtors' Bankruptcy Case open for the purpose of allowing the named parties to resolve an issue pertaining to the Creditor EECU allegedly garnishing the Debtors' Bank Account during the Preference Period and after the Bankruptcy filing.

/s/ Thomas Paluchniak
Thomas Paluchniak (P70284)
William C. Babut, P. C.
Attorneys for the Debtors
700 Towner Street
Ypsilanti, MI  48198
(734) 485-7000

/s/ James Grahm
James Grahm (P60632)
Butler, Butler & Rowse-Oberle, P.L.L.C.
Attorneys for Creditor EECU
24525 Harper Avenue Ste 2
Saint Clair Shores, MI 48080
(248) 652-8200

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:
Scott Hicks    and
Amanda Hicks

Bankruptcy No. 09-05616
Honorable Judge James D. Gregg
Chapter 7

Debtors.
_____/

## ORDER ON STIPULATION BETWEEN DEBTORS SCOTT HICKS AND AMANDA HICKS AND CREDITOR EECU TO KEEP CASE OPEN UNTIL NOVEMBER 30, 2009

This matter having come before this Court upon the Stipulation of Debtors and Creditor EECU and the Court being sufficiently advised in the premises:

**IT IS HEREBY ORDERED** that this Bankruptcy Case will stay open until November 30, 2009.

Exhibit A